**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Katera D. Perkins, | ) | CASE NO. 1:14 CV 2213 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | Memorandum of Opinion and Order |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**INTRODUCTION**

This matter is before the Court upon the Report and Recommendation of Magistrate

Judge George J. Limbert (Doc. 32), recommending that the Court award attorney fees in the

amount of $7,577.40.  No objections have been filed.  For the reasons that follow, the Report and

Recommendation is ACCEPTED and attorney fees in the amount of $7,577.40 shall be awarded

to plaintiff and sent to plaintiff's counsel provided no federal debts are owed.

**STANDARD OF REVIEW**

When objections are made to a Magistrate Judge's Report and Recommendation, the

district court reviews the case *de novo*.  Federal Rule of Civil Procedure 72(b) provides in

pertinent part:

> The district judge to whom the case is assigned shall make a de
> novo determination upon the record, or after additional evidence,
> of any portion of the magistrate judge's disposition to which
> specific written objection has been made in accordance with this
> rule.  The district judge may accept, reject, or modify the
> recommended decision, receive further evidence, or recommit the
> matter to the magistrate judge with instructions.

As stated in the Advisory Committee Notes, "When no timely objection is filed, the court

need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."  In *Thomas v. Arn*, 474 U.S. 140, 150 (1985), the Court held, "It does not

appear that Congress intended to require district court review of a magistrate judge's factual or

legal conclusions, under a *de novo* or any other standard, when neither party objects to those

findings."

### **DECISION**

This Court, having reviewed the Report and Recommendation and finding no clear error,

hereby accepts the Magistrate Judge's Report and Recommendation.  In accordance with that

recommendation, the Court hereby awards attorney fees in the amount of $7,577.40 to plaintiff,

which shall be sent to plaintiff's counsel provided no federal debts are owed.

IT IS SO ORDERED.


 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 5/13/16